## DANIELS *v.* BRUCE ET AL.

[No. 21,848.    Filed June 22, 1911.]

From Gibson Circuit Court; *O. M. Welborn,* Judge.

Action by Kate B. Daniels, as administratrix, *de bonis non,* with the will annexed of the estate of William B. Daniels, deceased, against Abbie D. Bruce and others.    From an interlocutory order for plaintiff, she appeals.

*W. D. Robinson* and *William E. Stilwell,* for appellant.

*John W. Brady, Lucius C Embree, Morton C. Embree, John W. Spencer, John R. Brill, Frank H. Hatfield, E. B. Green, H. M. Phipps, Theodore G. Risley* and *Joel E. Williams,* for appellees.

Cox, J.—This is an appeal from an interlocutory order for the sale of real estate, made on the petition of Kate B. Daniels, as administratrix *de bonis non* with the will annexed of the estate of William B. Daniels, her deceased husband, to make assets to

pay the debts of his estate. To that petition she was made a party defendant as an individual and prosecutes a separate appeal, but the questions involved are identical with those presented and determined in the appeal of *Daniels* v. *Bruce* (1911), *ante*, 151, and on the authority of that case and for the reasons therein given the judgment is affirmed in this appeal.